**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN & WESTERN DISTRICTS OF ARKANSAS**

IN RE: <u>**EBONY READ**</u>                                    CASE NO: _____

**APPLICATION FOR ATTORNEY FEE**

1. Comes Frank Falkner of DILKS LAW FIRM, Attorney for the Debtor(s), and states that he has or will perform the following legal services for the debtor(s) regarding this case: preliminary meetings with and counseling of the debtor(s); preparation and filing of petition, schedules, plan and any other required statements or support documentation; attendance at 341(a) meeting; advising the debtor(s) regarding requirements to obtain a discharge, including the obtaining of a financial management course; filing any required statements regarding completion of a financial management course and required certifications for domestic support obligations; routine consultation with the debtor(s) from time-to-time after confirmation regarding the status of the case and steps needed for plan completion, including without limitation, changes of address, changes in employer/employee withholding, review of summary notices of claims, review of annual/semi-annual reports, and review or preparation of miscellaneous correspondence regarding the case; and compliance with all requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, General Orders, Local Rules and procedures. Additionally, Petitioner seeks reimbursement of actual and necessary costs for creditors served by regular mail (not to exceed $2.75 per creditor) or by certified mail (not to exceed $11 per creditor).

2. Petitioner has reached the following arrangement with the Debtor(s) for the services:

   | | |
   |---|---|
   | Total Attorney Fees Requested: | $ 25.00 |
   | LESS Fees Received Prior to Filing | -$ 25.00 |
   | PLUS Service costs:  (13 regular mail notices @ $2.75) | +$ 35.75 |
   | (1 certified mail notices @ $11.00) | +$ 11.00 |
   | TOTAL Fees & Costs for Pre-Confirmation Services | $ 46.75 |

   This fee arrangement IS NOT a Life of Case fee.

3. Petitioners further state that no understanding or agreement has been made directly or indirectly for the division of fees between petitioners and Debtor(s), nor any person, firm, or corporation.

4. Debtor(s) and Petitioners agree that the Trustee shall first pay administrative costs, then an initial fee to the Petitioners of $1,000.00 from funds paid in by the Debtor(s), after administrative costs have been paid and the remaining fee at the rate of 25% of the total disbursed to creditors each month.

5. Debtor(s) specifically agree that should the Chapter 13 case be dismissed before confirmation

<u>**ER**</u> due to the Debtor's noncompliance, including but not restricted to the failure to: attend the 341 meeting,
(initials) file required tax returns, fund the plan, or cooperate in the filing of any required modification, attorney
_____ fees approved by the Court shall be paid to the attorney from funds on hand prior to refund to the Debtors
           subject to the entry of an Order complying with §503(b).
(initials)

**APPROVED BY:**                                                **RESPECTFULLY SUBMITTED,**


<u>**/s/Ebony Read**</u>                                          <u>**/s/Frank Falkner**</u>
<u>**Ebony Read, Debtor**</u>                                    **FRANK FALKNER, BAR #2004-202**
**Date:** <u>**December 18, 2023**</u>                           **DILKS LAW FIRM**
                                                                **P.O. Box 34157**
                                                                **LITTLE ROCK, AR 72203**
                                                                **(501)244-9770 phone**
                                                                **(888)689-7626 fax**
                                                                **frank@dilkslawfirm.com**
                                                                **Date:** <u>**December 18, 2023**</u>