# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**IN RE: EBONY READ**  Case No:4:23-bk-14090T/M
**DEBTOR**  Chapter 13

## APPLICATION FOR COMPENSATION FOR ADDITIONAL SERVICES

The attorney for the Debtor(s) hereby represents that the following additional services have been provided and submits this Application for Compensation for Additional Services:

1. The following additional services have been provided as reflected by the following:
   Pleading: **Motion for Refund from Insurance Company Retain Funds from USAA**
   Docket No.: <u>29</u> Date Filed: <u>06/07/24</u> Service Description Letter(s): <u>10</u>

| Dated Filed with Court* | Description of Service | Maximum Allowable Fee | Fee Requested |
|---|---|---|---|
| | 1. Post-Confirmation Amended Plan – Adding Only Unsecured Creditors | $125 | |
| | 2. Post-Confirmation Modification of Plan | $400 | |
| | 3. Pre- or Post-Confirmation Lien Avoidance Action (Uncontested/No Trial) | $400 | |
| | 4. Pre- or Post-Confirmation Lien Avoidance Action (Contested/Trial) | $500 | |
| | 5. Post-Confirmation Letter to Creditor to Cease Collection Efforts, Contacts, Post-Petition Garnishment (With Relevant Documentation Attached) | $50 | |
| | 6. Post-Confirmation Notice of Bankruptcy Filed in Another Court (With Relevant Documentation Attached) | $50 | |
| | 7. Pre- or Post-Confirmation Defense of an IRS or DFA Motion for Relief From Stay to Setoff Refund | $150 | |
| | 8. Post-Confirmation Defense of an IRS or DFA Motion to Compel to File Tax Returns | $100 | |
| | 9. Pre- or Post-Confirmation Defense of a DFA Motion for Strict Compliance for Debtor Engaged in Business | $150 | |
| 6/7/24 | 10. Pre- or Post-Confirmation Motion to Assist Debtor in Compliance or Performance of Plan, e.g. Refund/Disbursement, Approve Special Counsel, Compromise Controversy (No Trial) | $375 | **$375** |
| | 11. Pre- or Post-Confirmation Motion to Assist Debtor in Compliance or Performance of Plan, e.g. Refund/Disbursement, Approve Special Counsel, Compromise Controversy (Trial) | $500 | |
| | 12. Pre- or Post-Confirmation Motion to Abate Payments, Motion to Extend or Modify Strict Compliance Order | $225 | |
| | 13 Pre- or Post-Confirmation Motion to Sell, Refinance, Incur Debt or Modify Loan (Real Property) (No Trial) | $500 | |
| | 14. Pre- or Post-Confirmation Motion to Sell, Refinance, Incur Debt or Modify Loan (Real Property) (Trial) | $650 | |
| | 15. Pre- or Post-Confirmation Motion to Sell, Refinance, Incur Debt or Modify Loan (Personal Property) (No Trial) | $250 | |
| | 16. Pre- or Post-Confirmation Motion to Sell, Refinance, Incur Debt or Modify Loan (Personal Property) (Trial) | $350 | |
| | 17. Pre- or Post-Confirmation Objection to Claim (Uncontested; Filed by Debtor's Attorney) | $200 | |
| | 18. Pre- or Post-Confirmation Objection to Claim (Contested; Filed by Debtor's Attorney) | $400 | |
| | 19. Motion for "Hardship Discharge" Pursuant to 11 U.S.C. § 1328(b) (If Funds Available) | $400 | |

| | | | |
|---|---|---|---|
| | 20. Pre- or Post-Confirmation Defense of a Motion for Relief from Stay or Creditor's Motion to Dismiss (No Trial and Not Provided as Surrendered/Abandoned in Plan) | $300 | |
| | 21. Pre- or Post-Confirmation Defense of a Motion for Relief from Stay or Creditor's Motion to Dismiss (Trial) | $600 | |
| | 22. Pre- or Post-Confirmation Defense of a Trustee's Motion to Dismiss (Other Than for Failure to Modify, Submit Documentation or File Schedules) (No Trial) | $100 | |
| | 23. Pre- or Post-Confirmation Defense of Trustee's Motion to Dismiss (Other Than for Failure to Modify, Submit Documentation or File Schedules) (Trial) | $300 | |
| | 24. Post-Confirmation Amendment to Schedules C, I & J (Not Part of Modification to Plan or Other Motion) | $200 | |
| | 25. Proof of Claim (With relevant documents attached, including security documents) | $200 | |
| | 26. Pre- or Post- Confirmation Motion to "Reinstate" or Set Aside Dismissal Order (other than for failure to timely file/submit documents or plan) | $250 | |
| | 27. Post-Confirmation Motion to "Deconsolidate"/Sever Case | $300 | |

*If document is not filed with the Court, a copy of the document is attached.

2. The following costs have been incurred with this Application

| | |
|---|---|
| Actual Costs to Notify **16** creditors by Regular Mail at **$2.75** each (not to exceed $2.75 / Creditor) - Notice of **Motion for Refund from Insurance Company** dated **06/07/24** (**16** Notices sent) | **$44.00** |
| Actual Costs to Notify **1** creditors by Certified Mail at **$11.00** each (not to exceed $11.00 / Creditor) - Notice of _____ dated _____ (**1** Notices sent) | |
| Fee to Add/Remove Creditors – Amount Actually Paid  Indicate Date and Purpose of Payment: | |

3. The total compensation requested for additional services is:

| | |
|---|---|
| Total Fees Requested | **$375.00** |
| Total Costs Requested | **$44.00** |
| - (Less Amount Collected Directly from Client) | |
| **Total Additional Fees and Costs Requested:** | **$419.00** |

No agreement has been made directly or indirectly, and no understanding exists for division of fees between the attorney for the debtor and any other person, firm, or corporation.

**Respectfully submitted,**

**/s/Frank H. Falkner**
**FRANK H. FALKNER, Bar #2004-202**
**DILKS LAW FIRM**
**P.O. Box 34157**
**Little Rock, AR 72203**
**(501)244-9770 phone**
**(888)689-7626 fax**
**frank@dilkslawfirm.com**

**CERTIFICATE OF SERVICE**

I, Frank H. Falkner, do hereby certify that I have served a copy of the foregoing pleading by mailing a copy thereof to the following on this 17th day of July 2024:
Ebony Read
1600 Fleming St, Apt B
Conway, AR 72032

        **/s/Frank H. Falkner**
        **FRANK H. FALKNER, Bar #2004-202**

***** <u>Ebony Read:</u>  YOU MUST NOTIFY THE COURT WITHIN 21 DAYS FROM 07/15/24 OF ANY OBJECTION YOU HAVE TO THE AWARD OF THE FEE.*****