IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE: Ebony Read                                           CASE NO:   4:23-bk-14090 T
                                                                        Chapter 13

CHAPTER 13 ORDER OF COMPENSATION
FOR ADDITIONAL SERVICES

Before the court is the Application for Compensation for Additional Services filed by the Debtor's counsel, LYNDSEY D DILKS, on 07/17/2024, Docket Entry [34], for additional services and/or costs. The court finds that the application should be, and hereby is, approved. The Trustee is directed to pay the amount of $419.00 pursuant to 11 U.S.C. § 1326.

IT IS SO ORDERED.

Date:   08/15/2024                                          /s/  Richard D. Taylor
                                                            Richard D. Taylor
                                                            U.S. Bankruptcy Judge

Approved by:

/s/  Mark T. McCarty
Mark T. McCarty
Chapter 13 Standing Trustee

Comments:

#34 7/17/2024 ($419.00 REQ) MTH FOR REFUND (USAA) 6/7/24 ALLOWED $375.00 FEE/$44.00 COST