# Notice Recipients

District/Off: 0860−4        User: admin        Date Created: 8/15/2024

Case: 4:23−bk−14090        Form ID: pdf09Ds        Total: 2

**Recipients of Notice of Electronic Filing:**

aty        Frank Falkner        frank@dilkslawfirm.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db        Ebony Read        1600 Fleming St, Apt B        Conway, AR 72032

TOTAL: 1